OPINIONS PER CURIAM, ETC., FROM JANUARY 19, TO MARCH 1, 1903.

No. 68. JOHN S. SWANN ET AL., TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* STATE OF WEST VIRGINIA. In error to the Supreme Court of Appeals of the State of West Virginia. Submitted December 8, 1902. Decided January 26, 1903. *Per Curiam.* Decree affirmed with costs, on the authority of *King* v. *Mullins,* 171 U. S. 404. *Mr. George E. Price* and *Mr. S. S. Green* for the plaintiffs in error. *Mr. W. Mollohan, Mr. Geo. W. McClintic* and *Mr. Murray Briggs* for the defendant in error.

No. 153. THEODORE READ, PLAINTIFF IN ERROR, *v.* MISSISSIPPI COUNTY. In error to the Supreme Court of the State of Arkansas. Submitted January 28, 1903. Decided February 2, 1903. *Per Curiam.* Judgment affirmed with costs, on the authority of *Morley* v. *Lake Shore, etc., Railway Company,* 146 U. S. 162. *Mr. William H. Carroll* for the plaintiff in error. No appearance for the defendant in error.

*Decisions on Petitions for Writs of Certiorari.*

From January 19 to March 1, 1903. See vol. 187, p. 639.

No. 433. WILLIAM E. HALE, RECEIVER, ETC., PETITIONER, *v.* JAMES A. HILLIKER. January 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. M. H. Boutelle, Mr. Wm. E. Hale* and *Mr. A. L. Pincoff's* for the petitioner. *Mr. Charles E. Patterson* and *Mr. Alpheus Bulkeley* for the respondent.

No. 443. RICHARD A. BURGET, PETITIONER, *v.* HORACE R. ROBINSON. January 19, 1903. Petition for a writ of certiorari